**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

WILFREDO TORRES
CHIEF PROBATION OFFICER

THOMAS S. LARSON
SUPERVISING PROBATION OFFICER

May 26, 2011

200 FEDERAL PLAZA
ROOM 130
P.O. BOX 2097
PATERSON, NJ 07509-2097
(973) 357-4080
FAX: (973) 357-4092
www.njp.uscourts.gov

Dennis M. Cavanaugh, USDJ
United States District Court
Martin Luther King, Jr.
Federal Building and Courthouse
P.O. Box 0999
Newark, N.J. 07102-0999

        RE:    Rouse, Eric
                 Dkt. No. 07-00843-001
                 **Outstanding Restitution Balance**

Dear Judge Cavanaugh:

On June 3, 2008, Your Honor sentenced Eric Rouse to three years probation for the offense of Conspiracy to Commit Mail Fraud. Special conditions include alcohol/drug treatment; mental health treatment; financial disclosure; new debt restrictions; DNA collection; special assessment fee of $100 and restitution of $19,665.

The offender's term of supervision will expire on June 2, 2011; however, as of today's date, he maintain's a restitution balance of $13,728.95. Notwithstanding the outstanding financial obligation, Rouse has otherwise been in relative compliance with the conditions of supervision. Unless the Court considers otherwise, we recommend the offender's supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgment, pursuant to Title 18 U.S.C. § 3612. By copy of this letter, the Financial Litigation Unit of the United States Attorney's Office for the District of New Jersey is notified of the expiration of the offender's term of supervision.

As always, we make ourselves available should the Court wish to discuss this matter. The undersigned can be reached at (973) 445-8517.



FILED
JUN 1 2011
AT 8:30
WILLIAM T. WALSH
CLERK

Very truly yours,

WILFREDO TORRES, Chief
U.S. Probation Officer

*Susan E. Karlak*
By: Susan E. Karlak
Senior U.S. Probation Officer

/sek

cc: United States Attorney's Office
Financial Litigation Unit

# EXPIRATION OF SUPERVISION WITH OUTSTANDING RESTITUTION BALANCE

## U.S. v. Eric Rouse
## Docket No. 07-00843-001

__✓__   The Court approves of the expiration of supervision with an outstanding restitution balance.

_____   The Court does not approve of the offender's expiration from supervision with an outstanding restitution balance.

_____
Signature of Judicial Officer

Dennis M. Cavanaugh
U.S. District Judge

5/31/11
_____
Date